**HARRY LEE HUDSPETH**
Senior Judge

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
903 SAN JACINTO BLVD., SUITE 440
AUSTIN, TEXAS 78701

June 26, 2007

Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

    Re: 2006 Financial Disclosure Report

Gentlemen:

    This is in reply to your letter of June 21, 2007. An
interest in the mutual fund called the New Perspective Fund was
reported in my financial disclosure report for 2006, as it has
been in every financial disclosure report since 1979. For your
information, the New Perspective Fund, one of the world's 20
largest mutual funds, is a member of the American Funds group,
managed by the Capital Research and Management Company. Shares
in AFLAC and BHP Billiton were purchased on August 17, 2006, and
September 7, 2006, respectively. Value Code "J" was applicable
to each transaction. Neither Sirius Satellite Radio nor BHP
Billiton generated any income prior to December 31, 2006.



                    Very truly yours,

HLH:jw

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hudspeth, Harry L | 2. Court or Organization<br><br>District Court - W.D. Texas | 3. Date of Report<br><br>05/04/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>903 San Jacinto<br>Suite 440<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts. checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY 14 A 10: 06
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudspeth, Harry L | 05/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudspeth, Harry L | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Express Common | A | Dividend | L | T | | | | | |
| 2. Bristol Myers Squibb Common | B | Dividend | K | T | | | | | |
| 3. Merck Common | A | Dividend | K | T | Partial Sale | 1/19 | J | C | |
| 4. New Perspective Fund | B | Dividend | L | T | | | | | |
| 5. AmerElectric Power Common | A | Dividend | | | Sold | 5/17 | J | | |
| 6. Exxon Mobil Common | C | Dividend | M | T | Partial Sale | 3/23 | J | C | |
| 7. Merrill Lynch Co. Notes | A | Interest | J | T | | | | | |
| 8. Treas Bonds & Govt Securites | C | Interest | L | T | | | | | |
| 9. Viacom Class B | A | Dividend | | | Sold | 7/21 | J | | |
| 10. Schlumberger, Ltd. Common | A | Dividend | K | T | | | | | |
| 11. Goldman Sachs Group Common | A | Dividend | J | T | | | | | |
| 12. Port Houston Authority Bonds | B | Interest | K | T | | | | | |
| 13. Glaxo Smith Kline PLC | A | Dividend | K | T | Addit Purch | 8/3 | J | | |
| 14. Southern Co. Common | A | Dividend | K | T | Addit Purch | 5/17 | J | | |
| 15. General Electric Common | A | Dividend | J | T | | | | | |
| 16. Corpus Christi, Tx Bonds | A | Interest | J | T | | | | | |
| 17. St. Paul Travelers Common | A | Dividend | J | T | Addit Purch | 6/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudspeth, Harry L | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameriprise Financial Common | A | Dividend | J | T | | | | | |
| 19. Disney (Walt) Co. Common | A | Dividend | J | T | | | | | |
| 20. Sirius Satellite Radio Com. | | | J | T | | | | | |
| 21. US Bancorp Common | A | Dividend | | | Sold | 7/25 | J | A | |
| 22. Lower Colo River Auth Bonds | A | Interest | J | T | | | | | |
| 23. AFLAC | A | Dividend | J | T | | | | | |
| 24. BHP Billiton | | | J | T | | | | | |
| 25. CBS Class B | A | Dividend | J | T | Spin off | 1/1 | J | | |
| 26. Norfolk Southern | A | Dividend | J | T | Bought | 1/19 | J | | |
| 27. Western Union | A | Dividend | J | T | Bought | 11/29 | J | | |
| 28. Cypress-Fairbanks ISD Bonds | A | Interest | J | T | Bought | 4/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



May 8, 2007

Sign

N

A

FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544